**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FERGUS FALLS DIVISION**

ELEKTRA ENTERTAINMENT GROUP
INC., a Delaware corporation;
MAVERICK RECORDING COMPANY,
a California joint venture; SONY BMG
MUSIC ENTERTAINMENT, a Delaware
general partnership; BMG MUSIC, a New
York general partnership; and ARISTA
RECORDS LLC, a Delaware limited
liability company,

                             Case No..: 0:06-cv-02369-MJD-RLE

                  Plaintiffs,

vs.                                **DEFAULT JUDGMENT AND
PERMANENT INJUNCTION**

MIRANDA HANSON,

                  Defendant.

---

      Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

      1.      Plaintiffs' Motion for Entry of Default Judgment [Docket No. 10] is **GRANTED**.

      2.      Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

      3.      Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred Ninety Dollars ($390.00).

4.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Hotel California," on album "Hotel California," by artist "Eagles" (SR# N38950);

- "Far Behind," on album "Candlebox," by artist "Candlebox" (SR# 171-393);

- "Melt Away," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);

- "Desperado," on album "Greatest Hits," by artist "Clint Black" (SR# 227-957);

- "A Bad Goodbye," on album "No Time to Kill," by artist "Clint Black" (SR# 168-535);

- "Complicated," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED:  February 27, 2007          By:  s / Michael J. Davis
                                        Hon. Michael J. Davis
                                        United States District Judge